**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                Plaintiff,

-against-                              25 **CIVIL** 2170 (JSR)

                                                  **JUDGMENT**

ATEGRITY SPECIALTY INSURANCE
COMPANY,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2025, the Court has granted Liberty's motion for summary judgment in its entirety. Ategrity owed US Crane a duty to defend in the JDS and RSUI actions. Thus, Liberty is owed $476,575.25, plus 9% interest per annum from February 17, 2023, in the amount of $110,225.98, and Liberty is owed recovery for the costs and disbursements of this action.

**Dated:** New York, New York

        September 12, 2025

                                                        **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                **BY:**    *K. Mango*

                                                       **Deputy Clerk**